Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 21-11034-A-7 |
| | Chapter 7 |
| ESPERANZA GONZALEZ, | D.C. No. JES-2 |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtor. | Date: 09/29/2021<br>Time: 1:30 p.m.<br>Dept: A, Courtroom 11 |

**TO THE HONORABLE JENNIFER E. NIEMANN, BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 04/23/2021.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b) (2) (A). This motion is brought pursuant to 11 U.S.C. §363.

4. The asset of the estate is a 2012 Mercedes Benz C250 Coupe.

5. The trustee has obtained an offer from debtor, Esperanza Gonzalez to purchase the estate's interest in a 2012 Mercedes Benz C250 Coupe, VIN: WDDGJ4HB9CF867350 for a

net to the estate of $2,739 ($6,114 fair market value, less $3,375 exemption credit). Sale is subject to liens and encumbrances, known or unknown. The funds have been received by the estate and are awaiting court approval. Sale is subject to higher, better bids at the hearing.

6.     The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7.     The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to debtor, Esperanza Gonzalez.

DATED: 8/18/21

JAMES E. SALVEN,
Movant