Total number of pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
P.O. Box 25970
Fresno, CA 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of** | Case No. 21-11034-A-7<br>Chapter 7<br>D.C. No. JES-1 |
| **ESPERANZA HANSEN GONZALEZ,** | **ORDER AUTHORIZING TRUSTEE'S MOTION TO EMPLOY AUCTIONEER, AUTHORIZING SELL PROPERTY AT PUBLIC AUCTION AND PAYAUCTION COMMISSION AND EXPENSES** |
| Debtor.<br>_____/ | **Date: 09/15/2021<br>Time: 1:30 p.m.<br>Dept: A, Courtroom 11<br>Judge: Jennifer E. Niemann** |

The Motion of the Chapter 7 Trustee for Authorization to Employ Auctioneer, Sell Property at Public Auction and pay Auctioneer Commission and Expenses, and authorize the 10% buyer's premium was set for hearing on 09/15/2021 at 1:30 p.m., before the Honorable Jennifer E. Niemann, United States Bankruptcy Judge. The Matter was predisposed, due to no response, and the defaults of all parties taken, after reviewing the Motion, the file and the evidence presented, the Court hereby

///

///

///

RECEIVED
September 20, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007017589

**ORDERS, ADJUDGES AND DECREES** this motion was GRANTED. The Chapter 7 Trustee is authorized to sell the asset described as a 2015 Dodge Ram pickup, VIN: 3C6UR5CL8FG520582, at Auction to be held on, or after October 05, 2021, at Baird's Auction & Appraisals, located at 1328 N. Sierra Vista, Suite B, in Fresno, CA. Trustee is authorized to reimburse Auctioneer up to $600.00 for storage expenses. Auctioneer's 15% commission, is to be paid from the sale proceeds. Employment of Auctioneer has been approved pursuant to 11 U.S.C. section 328.

Dated: September 22 2021

_Jennifer E. Niemann_
Honorable Jennifer E. Niemann
United States Bankruptcy Judge