Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ESPERANZA HANSEN GONZALEZ,

              Debtor.
_____/

Case No. 21-11034-A-7
Chapter 7
D.C. No. JES-2

**ORDER AUTHORIZING SALE OF PERSONAL PROPERTY**

**Date: 09/29/2021**
**Time: 1:30 p.m.**
**Dept: A, Courtroom 11**

     The Motion of the Chapter 7 Trustee for Authorization to Sell Property came on regularly for hearing on 09/29/2021, at 1:30 p.m., before the Honorable Jennifer E. Niemann, United States Bankruptcy Judge. After reviewing the Motion for Authorization to sell Property, the file and the evidence presented, the Court hereby enters the default of respondents, due to a failure of response; and;

///
///
///

RECEIVED
October 04, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007022526

**ORDERS, ADJUDGES AND DECREES** that the Chapter 7 Trustee be authorized to sell the estate's interest in a 2012 Mercedes Benz C250 Coupe, VIN: WDDGJ4HB9CF867350, to debtor, Esperanza Gonzalez for $6,114, less claimed exemption credit of $3,375, for a total net to the estate of $2,739. Sale is subject to liens and encumbrances. No overbid offers were made at the hearing.

Dated: October 05 2021

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge