Total number of pages: 3

JAMES E. SALVEN
CHAPTER 7 TRUSTEE
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 21-11034-A-7<br>Chapter 7<br>D.C. No. JES-1 |
| ESPERANZA HANSEN GONZALEZ, | **RETURN ON SALE** |
| Debtor. | **Date: 09/15/2021**<br>**Time: 1:30 p.m.**<br>**Dept.: A, Courtoom 11** |

James E. Salven, Trustee herein, respectfully represents to this court that he has sold, at auction, pursuant to Court approval granted on 09/15/2021, to Betty and Bud Sicks, for a total net to the estate of $14,729.00. See attached Exhibit "A".

The sales price constitutes the fair market value thereof and the trustee believes it is in the best interest of the estate that said sale be confirmed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _____ 10/24/21 _____                    _____
                                                   JAMES E. SALVEN, TRUSTEE

**BAIRD AUCTIONS AND APPRAISALS**
**1328 N. SIERRA VISTA SUITE B**
**FRESNO, CA.  93703**
OFFICE: (559) 456-8084  www.bairdauctions.com  FAX: (559) 456-0191

October 11,, 2021

James Salven Trustee
2501 W. Shaw Ave Suite 122
Fresno, Ca. 93711

Re: Auction 10/05/2021
Esperanza Gonzalez

### SETTLEMENT STATEMENT

Gross sales per sales slips (copies enclosed) :………………………………. $17,500.00

Vehicles storage:………………………………………………………………………….($146.00)

15% Commission:………………………………………………………………………….($2,625.00)

Net due check #7519 enclosed:…………………………………………………..$14,729.00

Thank you for doing business with Baird Auctions / Appraisals

Sincerely,

Col. Jeffrey S. Baird

Baird Auctions /  Appraisals

Exhibit "A"
pg. 1 of 2

**Baird Auctions & Appraisals**
**1328 N. SIERRA VISTA STE. B**

| CO #: 1101 | 3941 |
|---|---|
| Date: | 10/11/2021 |
| Page: | 1 |

**FRESNO, CA  93703**
**Phone: (559) 456-8084**

<u>**Consignor**</u>
Esperanza Hansen Gonzalez
James Salven
2501 W. SHAW Ave STE. 122
Fresno, CA 93711
Phone:(559) 230-1095

Auction: WAREHOUSE  OCTOBER 5, 2021

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 902V | 2015 DODGE 2500 HD 4 X 4 DIESEL  MILES | 1.00 | 17,500.00 | 17,500.00 | –2,625.00 | 0.00 |
| | 188,000 LIC. 73979T1 | | | | #150 Betty, Bud Sicks | |
| | VIN.3C6UR5CL8FG520582 | | | | Betty J's Antiques | |
| | | | | | 220 South K Street | |
| | | | | | Tulare, CA 93274 | |
| | | | | | Phone:559-685-1325 | |

|  |  |  |
|---|---|---|
| CO Expense - 73 DAYS STORAGE | ( | 146.00) |
| Payment to Consignor - Check # 7519 | ( | 14,729.00) |

| | | |
|---|---|---|
| Total Quantity: | | 1.00 |
| Total Invoice Sale Price: | | 17,500.00 |
| Total Expenses: | ( | 146.00) |
| Total Commission: | ( | 2,625.00) |
| Total Due to Consignor: | | 14,729.00 |
| Total Payments: | ( | 14,729.00) |
| Balance: | | $0.00 |

No inventory remains for this consignment order

<u>**COMMISSION SETTINGS**</u>
Calculate Commission By: Each (Over Reserve)
Commission Structure Type: Sliding Scale

| Any Amount | 15% |
|---|---|

<u>**BUY BACK SETTINGS**</u>
Calculate Buy Back By: Each
Buy Back Structure Type: Fixed

| Any Amount | 0% |
|---|---|

Exhibit "A"
Pg. 2 of 2