D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com

Attorney for Chapter 7 Trustee James E. Salven

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ESPERANZA HANSEN GONZALEZ<br><br>DEBTOR. | Bankruptcy Case No.: 2021-11034<br><br>Chapter 7<br><br>DC No. DMG-2<br><br>Date: December 15, 2021<br>Time: 1:30 p.m.<br>Place: Ctrm 11, 5th Floor<br>       2500 Tulare St.<br>       Fresno, CA<br>Judge: Hon. Jennifer E. Niemann |

<u>**NOTICE OF HEARING ON**</u>
<u>**MOTION TO COMPROMISE CLAIM AND INTEREST IN REAL PROPERTY**</u>
[Bankruptcy Rule 9019]

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT the Chapter 7 Trustee has filed a Motion to Compromise Claim and Interest in Real Property and has set the matter for hearing at the above date, time and place. By said Motion, the Trustee will accept the sum of $20,000 from the Debtor for her interest in real property 15046 Avenue 224, Tulare, CA, ("the subject property").

NOTICE OF HEARING  1

This amount will satisfy the Trustee's claim of asserting the voiding power of a Chapter 7 Trustee as to certain portions of an IRS lien that is encumbering the subject property. Further detail may be obtained by requesting a copy of the Motion and supporting documentation from the undersigned.

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition, the striking of untimely filed opposition, or the granting of the motion without further hearing and/or without the opportunity for oral argument.

Respondents can determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file

the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCIvP 43(e).

Any opposition shall be served on the undersigned attorney, D. Max Gardner, 930 Truxtun Ave., Suite 203, Bakersfield, CA 93301, and on the paries in the attached addendum.

Dated: November 9, 2021　　　　　　　　/s/ *D. Max Gardner*
　　　　　　　　　　　　　　　　　　　　D. Max Gardner, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

## ADDENDUM

**Esperanza Hansen Gonzalez**
15046 Ave 224
Tulare, CA 93274

**James Edward Salven**
PO Box 25970
Fresno, CA 93729

**Justin D. Harris**
7110 N. Fresno St., Suite 400
Fresno, CA 93720

**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

Don J. Pool
8080 N. Palm Avenue, Third Floor P.O. Box 28902 Fresno, California 93729-8902