Filed 12/20/21         Case 21-11034         Doc 79

D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com

Attorney for Chapter 7 Trustee James E. Salven

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ESPERANZA HANSEN GONZALEZ<br><br>DEBTOR. | Bankruptcy Case No.: 2021-11034<br><br>Chapter 7<br><br>DC No. DMG-2<br><br>Date: December 15, 2021<br>Time: 1:30 p.m.<br>Place: Ctrm 11, 5th Floor<br>       2500 Tulare St.<br>       Fresno, CA<br>Judge: Hon. Jennifer E. Niemann |

### ORDER ON MOTION TO COMPROMISE CLAIM AND INTEREST IN REAL PROPERTY
[Bankruptcy Rule 9019]

Hearing on Chapter 7 Trustee James E. Salven's ("Trustee") Motion to Compromise Claim and Interest in Real Property ("Motion") was set for hearing at the above date, time and place. This matter was pre-disposed with a final ruling in the absence of filed timely opposition and based on the facts pled in the Motion and the supporting evidence provided in support.

The Court, having reviewed the Motion and supporting documentation, ORDERS as follows:

ORDER ON MOTION TO COMPROMISE CLAIMS AND INTEREST IN REAL PROPERTY 1

RECEIVED
December 17, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007045624

Filed 12/20/21 — Case 21-11034 — Doc 79

1. The Motion is granted.

2. The default of the responding parties is entered.

3. The Trustee is authorized to settle the Chapter 7 estate's interest in the real property located at 15046 Avenue 224, Tulare, CA, for the sum of $20,000 paid by the Debtor consistent with the terms and conditions described in the Motion.

Dated: December 20 2021

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

ORDER ON MOTION TO COMPROMISE CLAIMS AND INTEREST IN REAL PROPERTY 2