Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ESPERANZA GONZALEZ,

                     Debtor.
_____/

Case No. 21-11034-A-7
Chapter 7
D.C. No. JES-3

**ORDER AUTHORIZING SALE OF PERSONAL PROPERTY**

**Date: 07/27/2022**
**Time: 1:30 p.m.**
**Dept: A, Courtroom 11**

       The Motion of the Chapter 7 Trustee for Authorization to Sell Property came on regularly for hearing on 07/27/2022, at 1:30 p.m., before the Honorable Jennifer E. Niemann, United States Bankruptcy Judge. After reviewing the Motion for Authorization to sell Property, the file and the evidence presented, the Court hereby enters the default of respondents, due to a failure of response; and;

///
///
///
///
///

**ORDERS, ADJUDGES AND DECREES** No overbid offers were made at the hearing. The Court will GRANT Trustee's motion and authorize the sale of the estate's interest in the 2008 GMC Acadia to Debtor, Esperanza Gonzalez on the terms set forth in the motion.

Dated: July 28 2022

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge