Total pages: 1
JAMES E. SALVEN
Chapter 7 Trustee
P.O. Box 25970
Fresno, California 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ESPERANZA HANSEN GONZALEZ,

　　　　　Debtor.
_____/

Case No. 21-11034-A-7
Chapter 7
DC No. JES-3

**RETURN ON SALE**

Date: 07/27/2022
Time: 1:30 p.m.
Dept.: A, Courtroom 11
Judge: Jennifer E. Niemann

　　James E. Salven, Trustee herein, respectfully represents to this court that he has sold, pursuant to hearing on 07/27/2022, the estate's interest in a 2008 GMC Acadia to debtor, Esperanza Hansen Gonzalez for a net to the estate of $2,000 ($2,000 fair market value, no claimed exemption credit). Sale is subject to all liens and encumbrances of record, known or unknown.

　　The sale price constitutes the fair market value thereof and the Trustee believes it is in the best interest of the estate that sale be confirmed.

　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 7/29/22

_____
JAMES E. SALVEN, TRUSTEE