**D. MAX GARDNER, ESQ. (CSB No. 132489)**
**930 Truxtun Ave., Suite 203**
**Bakersfield, CA 93301**
**661-864-7373 tel.**
**661-864-7366 fax**
**dmgardner@dmaxlaw.com**

Attorney for Chapter 7 Trustee James E. Salven

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>ESPERANZA HANSEN GONZALEZ<br><br>              DEBTOR. | Bankruptcy Case No.: 2021-11034<br><br>Chapter 7<br><br>DC No. DMG-4<br><br>Date: September 28, 2022<br>Time: 1:30 p.m.<br>Place: Ctrm 11, 5th Floor<br>        2500 Tulare St.<br>        Fresno, CA<br>Judge: Hon. Jennifer E. Niemann |

**ORDER ON**
**CHAPTER 7 TRUSTEE'S MOTION TO:**
**1. COMPROMISE CLAIMS AND INTEREST IN PROPERTY**
**(STATE COURT CIVIL LITIGATION);**
**2. APPROVE SALE OF ESTATE'S INTEREST IN PROPERTY; and**
**3. APPROVE CORPORATE DISSOLUTIONS**
[Bankruptcy Rule 9019]
[11 U.S.C Section 363]

    The continued hearing on the Chapter 7 Trustee's Motion to 1. Compromise Claims and Interest in Property (State Court Litigation) 1. Approve Sale of Estates' Interest in Property and 3. Approve Corporate Dissolutions (the "Motion"), came on before this Court at the above stated date, time, and place. Appearances were made by D. Max Gardner as the attorney for the Chapter

1 ORDER

7 Trustee, and James E. Salven ("Trustee"). Chase Martin appeared for interested parties Ted and Iris Jacobsen. There were no other appearances made at the time of the hearing. Prior to hearing, an overbid was made by Ellen Suarez Terronez in the amount of $16,000. At hearing, Ted and Iris Jacobsen increased their bid to $17,000. The Trustee accepted the $17,000 bid as the highest and best offer and requested that the Court grant the Motion. In the event that the $17,000 sale to Ted and Iris Jacobsen was not completed within 30 days after entry of an order approving the $17,000 sale, the Trustee requested authority to sell to Edna Suarez Terronez in the amount of $16,000.

The Court reviewed and considered the Motion, the declarations in support, together with the filings and representations and arguments filed by the Debtor.

Further, prior to hearing, the Court filed a civil minute order with findings of fact and conclusions of law; the terms of which are incorporated herein.

Based on the foregoing the Court ORDERS as follows.

1. The Motion is granted.
2. The Chapter 7 Trustee is authorized to enter to sell the estate's interest in the Debtor's lawsuit against Ted and Iris Jacobsen for the sum of $17,000 consistent with the terms and conditions of the Motion.
3. In the event that the Ted and Iris Jacobsen do not complete the sale within 30 days after the entry of this Order, the Chapter 7 Trustee is authorized to sell the estate's interest in the Debtor's lawsuit against Ted and Iris Jacobsen for the some of $16,000 consistent with the terms and conditions of the Motion.

Dated: September 30 2022

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

2 ORDER