

From: Daniel Moriyama-Director

221 N Lovers Lane

Visalia, CA 93292

(559) 936-7945

Date: August 31, 2022

To: Honorable Judge Jennifer E. Niemann

This letter is to inform you that I expressed a desire and interest to bid in the Jacobson litigation on August 6, 2022 for our organization; but Mr. James Salvan never returned information, and his failure to contact me indicated that it was a done deal.

I would appreciate clarification as to why Mr. James Salvan excluded me from bidding, and why I was not notified.

Thank You,

Daniel Moriyama



Cc: file, Board, Court