Total pages: 1
JAMES E. SALVEN
Chapter 7 Trustee
P.O. Box 25970
Fresno, California 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ESPERANZA HANSEN GONZALEZ,

               Debtor.

_____/

Case No. 21-11034-A-7
Chapter 7
DC No.    DMG-3

**RETURN ON SALE**

Date:    06/01/2022
Time:    1:30 p.m.
Dept.:   A, Courtroom 11
Judge:   Jennifer E. Niemann

    James E. Salven, Trustee herein, respectfully represents to this court that he has sold, pursuant to Order signed on 06/08/2022, the estate's interest in Tulare Co. Superior Court Case No. VCU284145 for a net to the estate of $30,000.00, to ABLP Properties.

    The sale price constitutes the fair market value thereof and the Trustee believes it is in the best interest of the estate that sale be confirmed.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:   16-31-22                   _____
                                    JAMES E. SALVEN, TRUSTEE