JAMES E. SALVEN
Chapter 7 Trustee
P.O. Box 25970
Fresno, California 93729
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ESPERANZA HANSEN GONZALEZ,

Debtor.

Case No. 21-11034-A-7
Chapter 7
DC No.   DMG-4

**RETURN ON SALE**

Date:　09/28/2022
Time:　1:30 p.m.
Dept.:　A, Courtroom 11
Judge:　Jennifer E. Niemann

　　James E. Salven, Trustee herein, respectfully represents to this court that he has sold to Ted & Iris Jacobsen, pursuant to Order signed on 09/30/2022, the estate's interest in the debtor's lawsuit against Ted & Iris Jacobsen for a net to the estate of $17,000.00.

　　The sale price constitutes the fair market value thereof and the Trustee believes it is in the best interest of the estate that sale be confirmed.

　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:   10-31-22

_____
JAMES E. SALVEN, TRUSTEE