3
JAMES E. SALVEN
CERTIFIED PUBLIC ACCOUNTANT
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In the matter of                ) Case No.   21-11034-A-7
                                ) Chapter 7
                                ) DC No.     JES-4
Esperanza Gonzalez,             )
                                )
                                )
                                )
           Debtor.              ) Judge: Jennifer E. Niemann

<u>TRUSTEE JAMES E. SALVEN'S APPLICATION FOR AUTHORITY TO
EMPLOY CERTIFIED PUBLIC ACCOUNTANT, COMBINED WITH
DECLARATION IN SUPPORT THEREOF</u>

TO JUDGE, UNITED STATES BANKRUPTCY COURT:

The Application of James E. Salven, Trustee, respectfully represents that:

1. Applicant is the duly appointed, qualified, and acting Trustee in the estate of the above-named debtor.

2. Trustee requires the services of a Certified Public Accountant to perform the services described in the Declaration of JAMES E. SALVEN.

Trustee's Application to Employ Certified Accountant
-1-

3. Applicant believes and alleges that the office of JAMES E. SALVEN, CERTIFIED PUBLIC ACCOUNTANT (hereafter known as SALVEN) is competent and skilled in connection with the matter for which this Application is submitted.

4. SALVEN is the duly appointed bankruptcy trustee in this matter but, as the accountant if employed, will only bill for accounting/tax related work in connection with this application.

5. SALVEN does not hold an interest adverse to the estate.

6. SALVEN is a disinterested person as required by 11 USC § 327(a).

7. SALVEN has not rendered tax services to the debtor. SALVEN is not now nor was he at the time of filing a creditor of the estate. SALVEN does not have connections with the debtor's attorney. SALVEN does not have connections with debtor, creditors, U.S. Trustee (other than as an independent Chapter 7 Panel Trustee in this and other unrelated matters) and/or employees of, or any other party in interest, their respective attorney and accountants. Neither Applicant nor his employees are a relative of the Bankruptcy Judge approving the employment and neither Applicant nor his employees have served as an examiner in this bankruptcy case.

8. The Declaration of JAMES E. SALVEN, sole proprietor of SALVEN, is attached hereto in support of this Application and describes the estimated costs, fees and services that will be involved with the Application.

9. Based on Trustee's business judgment and the experience of Applicant as more fully set forth in accountant's declaration, Trustee believes that retaining Applicant as accountant for the bankruptcy estate is in the best interests of creditors and the bankruptcy estate.

WHEREFORE, Applicant prays that the Court approve the employment of SALVEN for the purposes of rendering tax and accounting services to the estate as set forth above and as may be required by the Trustee, subject to the approval of any compensation by the Court in accordance with Section 328(a).

DATED: 10-31-22

_____
James E. Salven, TRUSTEE

Trustee's Application to Employ Certified Accountant
-3-