5

JAMES E. SALVEN
CERTIFIED PUBLIC ACCOUNTANT
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In the matter of          ) Case No.   21-11034-A-7
                          ) DC No.     JES-4
Esperanza Gonzalez,       )
                          )
                          )
         Debtor           ) Judge: Jennifer E. Niemann

DECLARATION OF

CERTIFIED PUBLIC ACCOUNTANT

I, JAMES E. SALVEN, declare as follows:

1. I am and adult person over the age of 18, competent to testify about the matters set forth herein. I make this declaration of my personal knowledge, as based upon public record or, as noted herein. If called upon to testify to the facts set forth herein, I can and would so do.

2. I am a Certified Public Accountant and sole proprietor of James E. Salven (hereinafter SALVEN), Certified Public Accountant with offices at 2501 W. Shaw Avenue, Suite 122, Fresno, California, 93711, and I have read the above and foregoing Application; and, **based upon**

Declaration

personal knowledge; review of debtor's Petition, Schedules, and Statement of Financial Affairs; and, creditor matrix I have determined that, among other items listed in this declaration, I am a "disinterested person" as defined in Section 101(14) as required by Section 327(a) of the Bankruptcy 327(a) of Bankruptcy Code; and, hold no interest adverse to the estate.

    3. SALVEN, is qualified to perform the tax and accounting services described herein.

    4. SALVEN, is the duly appointed bankruptcy trustee in this case; however, billings in connection with this application will only be for accounting/tax services.

    5. SALVEN is not now, and has not, in the past, been employed by the debtor and is not a creditor of the estate for any reason.

    6. SALVEN is not now nor was he, at the time of filing, a creditor of the estate. SALVEN does not have connections with the debtors' attorney. SALVEN does not have any connections with debtors, creditors, U.S. Trustee and/or employees of (other than as an independent Chapter 7 Panel Trustee in this or other unrelated matters), or any other party in interest, their respective attorneys and accountants. Neither Applicant nor his employees are a relative of the Bankruptcy Judge approving the employment

Declaration

and neither Applicant nor his employees have served as an examiner in this bankruptcy case.

7. SALVEN consists of 1 Certified Public Accountant and tax specialist, 1 licensed Enrolled Agent, and 2 support personnel. Services offered by SALVEN include but are not limited to: tax returns preparation, tax elections, representation before taxing authorities, tax defense, compilation of specialized reports, tax and business consulting, special reports and litigation support.

8. I am the sole proprietor and am in charge of the bankruptcy taxation and insolvency section of the office firm. I have over thirty years of tax experience.

9. SALVEN charges $.20/page for photocopies.

10. SALVEN charges for supplies as used and at cost.

11. SALVEN charges for postage as used and at cost.

12. SALVEN charges for use of computerized legal and tax research time. The computerized research charges are passed on to the client at the estimated cost to the firm.

13. SALVEN sometimes uses an outside service bureau to process computer prepared tax returns. The outside service bureau charges are billed to the estate at rates determined by the service bureau.

14. The services to be provided on this Chapter 7 proceeding include, but are not limited to, the following:

       a.    Preparation of books of account, normally on a tax basis, in accordance with Other Comprehensive basis of accounting(OCBOA) standards.

       b.    Preparation of any unfiled pre-petition tax returns(if required).

       c.    Preparation of fiduciary tax returns, if required, for the administrative period.

       d.    Evaluation of the advisability of making certain Bankruptcy elections under the Internal Revenue Code.

       e.    Performance of such other accounting and tax services as are customarily provided by a Certified Public Accountant to a Trustee of a bankruptcy estate.

15. The fees for services rendered to the Chapter 7 estate will be based on the billing party's customary rate multiplied by the time spent. The rates in the firm vary from $75.00 to $280.00 per hour. I estimate that the average rate will be $280.00 per hour based on the firm's policy of using lesser cost people, whenever practical and efficient. SALVEN is aware of and will abide by the requirements of 11 USC 330 et. seq. in regards to all fees.

16. For the tax compliance aspects of the case we estimate that between 5 and 10 hours will be spent to obtain and analyze prior years tax returns to determine tax attributes carrying over to the bankruptcy estate, to review

case documents to determine the extent and nature of estate transactions reportable for tax purposes, follow up with Trustee and/or debtor to obtain missing information and/or documents, to prepare income and other tax returns required by taxing agencies, and other tasks as requested by the Trustee.

I declare under penalty of perjury at Fresno, California that the foregoing is true and correct.

DATED: 10-31-22

James E. Salven, CPA