**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Esperanza Hansen Gonzalez

**Case No.:** 21-11034 - A - 7

**Docket Control No.** DMG-5

**Date:** 02/15/2023
**Time:** 1:30 PM

**Matter:** [208] - Motion/Application for Compensation [DMG-5] for D. Max Gardner, Trustees Attorney(s). Filed by D. Max Gardner (pdes)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Bethany Soto**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Trustee's Attorney - D. Max Gardner
**Respondent(s):**
Debtor - Esperanza Hansen Gonzalez;
(by zoom) Trustee - James Edward Salven

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 3/29/2023 at 1:30 PM at Fresno Courtroom 11, Department A

For the reasons stated on the record, the motion for compensation was continued to March 29, 2023, at 1:30 p.m.

A status report regarding the U.S. Trustee's investigation shall be filed and served not later than March 22, 2023.

The court will issue an order.