Total pages:
James E. Salven
Chapter 7 Trustee
P. O. Box 25970
Fresno, CA 93729
(559) 230-1095
jim@salven-cpa.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 21-11034-A-7 |
|---|---|
| | DC No. n/a |
| ESPERANZA HANSEN GONZALEZ, | TRUSTEE'S NARRATIVE REPORT and APPLICATION FOR COMPENSATION and EXPENSES |
| Debtor(s). / | Date: to be set<br>Time: to be set<br>Dept: A |

　　　　This case was filed on 04/23/2021.  Case has been administered, the Trustee's Final Report (TFR) has been submitted, funds are ready to be distributed, and the case closed. Attached is a descriptive narrative detailing the work undertaken in this matter.  In addition, the amount of compensation and expense reimbursement being requested is set forth on the attachment.

Dated:　01/24/2023　　　　　　　　　　　/s/ James E. Salven

　　　　　　　　　　　　　　　　　　　　　　James E. Salven
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

721-21-11034 Gonzalez TFR Salven

CASE NARRATIVE
ESPERANZA HANSEN GONZALEZ
21-11034-A-7

---

Petition was filed on 04/23/21 and James E. Salven was appointed as the interim trustee. The 341(a) Meeting of Creditors was held 04/23/21 and continued to various dates until 08/31/21 when it was concluded.

All assets of the debtor were subject to an available exemption under CCP Section 704. In reviewing the debtors Schedules, requested data, and questioning at the Meeting of Creditor's it was determined that debtor had excess equity in two vehicles she wished to retain and one which she had no interest in retention. In addition, the debtor was involved in litigation which she claim was worth millions. In addition, there was a tax lien, with penalties which could be avoided and preserved, as against the residence she wished to retain.

One vehicle was turned over to the estate's auctioneer, who was employed with court approval, for sale at public auction. Sale was authorized by the court; auction was held; buyer located; funds obtained; approved expenses paid; and, a return on sale filed. The debtor purchased the excess equity, with court approval on a noticed motion, and a return on sale filed.

Issues as to house was resolved via a compromise, approved by the court, on a notice motion. Funds have been received.

Litigation was determined, in my opinion, not worth pursuit for several reasons. First, litigation counsel could not be obtained on a contingent fee basis(counsel at the time would not continue on such terms) and the debtor's veracity was in serious contention.

Ultimately, the estate settled with several of the defendants/plaintiffs' on noticed compromise motions. Court approved the compromises(which included claim withdrawals) and funds have been received. Claims were withdrawn.

The remaining litigation was abandoned, as the parties would not settle and debtor believed the litigation was of value to her, in connection with various cross claims. The estate wanted the debtor to have her perceived protections.

---
PAGE TWO

Claims have been reviewed and all issues resolved or orders obtained. Case has been administered and is ready to close.

Respectfully Submitted,

/s/ James E. Salven<br>James E. Salven

721-21-11034 Gonzalez TFR Salven

Printed: Jan 24 2023  1:48PM　　　**Trustee's Compensation**

**Debtor:** ESPERANZA HANSEN GONZALEZ　　　　　　　　　　Case: 21-11034-A-7

| **Computation of Compensation** | | |
|---|---|---|
| Total disbursements to other than the debtor are: | $89,543.33 | |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | |
| 25% of first $5,000.00 | | $1,250.00 |
| 10% of next $45,000.00 | | $4,500.00 |
| 5% of next $39,543.33 | | $1,977.17 |
| 3% of next $0.00 | | $0.00 |
| | Calculated Total Compensation: | $7,727.17 |
| | Plus Adjustment: | $0.00 |
| | Total Compensation: | $7,727.17 |
| | Less Previously Paid: | $0.00 |
| | Total Compensation Requested: | $7,727.17 |
| **Trustee Expenses** | | |
| COPIES | 387 @ $0.20 | $77.40 |
| Distribution(postage, letter, envelope) | 9 @ $1.00 | $9.00 |
| BOND PAYMENTS | 4 @ $2.89 | $11.56 |
| Court Call for hearing | 5 @ $22.50 | $112.50 |
| Court Call for hearing | 1 @ $33.00 | $33.00 |
| OTHER | 1 @ $53.09 | $53.09 |
| | Subtotal Expenses: | $296.55 |
| | Plus Adjustment: | $0.00 |
| | Total Expenses: | $296.55 |
| | Less Previously Paid: | $0.00 |
| | Total Expenses Requested: | $296.55 |

　　　The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $7,727.17 as compensation and $296.55 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or

understanding exists between applicant and any other person for sharing compensation or to be received.

Dated:　01/24/2023　　　　　　Signed:　/s/ James E. Salven

　　　　　　　　　　　　　　　　　　　　James E. Salven
　　　　　　　　　　　　　　　　　　　　P. O. Box 25970
　　　　　　　　　　　　　　　　　　　　Fresno, CA 93729
　　　　　　　　　　　　　　　　　　　　(559) 230-1095
　　　　　　　　　　　　　　　　　　　　jim@salven-cpa.com


721-21-11034 Gonzalez TFR Salven

Filed 03/07/23 Case 21-11034 Doc 245

Printed: Jan 24 2023  1:48PM                                                                 Page: 1

# Expense Worksheet
**Period: 04/23/2021 – 01/24/2023**
**Trustee: James E. Salven (007520)**

| **Case Number:** | 21-11034-A-7 | **Case Name:** | GONZALEZ, ESPERANZA HANSEN |
|---|---|---|---|
| **Case Type:** | Asset | **Judge:** | Jennifer E. Niemann |
| **Petition Date:** | 04/23/2021 | **341a Meeting:** | 08/31/2021 12:00PM |

| Date | Description | Quantity @ Rate | Total |
|---|---|---|---|
| 09/29/2021 | Court Call for hearing: JES 2 hearing on sale of vehicle equity to debtor | 1.00 @ $33.00 | $33.00 |
| 04/27/2022 | Court Call for hearing: compromise/sale hearing | 1.00 @ $22.50 | $22.50 |
| 05/25/2022 | Court Call for hearing: continued hearing on compromise | 1.00 @ $22.50 | $22.50 |
| 06/01/2022 | Court Call for hearing: compromise approval cont'd hearing | 1.00 @ $22.50 | $22.50 |
| 07/27/2022 | Court Call for hearing: Sale hearing re car equity to debtor | 1.00 @ $22.50 | $22.50 |
| 09/14/2022 | Court Call for hearing: jacobsen sale | 1.00 @ $22.50 | $22.50 |
| 11/08/2022 | OTHER: fed ex Suarez checks back-overnight with signature required paid personally ck 9634 | 1.00 @ $53.09 | $53.09 |
| 11/17/2022 | BOND PAYMENTS: estate tax returns and clearance letters | 4.00 @ $2.89 | $11.56 |
| 01/24/2023 | COPIES: quit counting | 387.00 @ $0.20 | $77.40 |
| 01/24/2023 | Distribution(postage, letter, envelope) | 9.00 @ $1.00 | $9.00 |
| | | **Total:** | $296.55 |

Total for case 21-11034-A-7:     $296.55

| Grand Total: | $296.55 |
|---|---|

— Case 21-11034 — Doc 245 — Page No: 1

# TIME AND BILLING EXPENSE REPORT

| | |
|---|---|
| Case No.: | 21-11034-A-7 |
| Case Name: | GONZALEZ, ESPERANZA HANSEN |
| Start Date: | 4/23/2021 |
| End Date: | 1/24/2023 |

**Trustee Name:** James E. Salven

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant : James E. Salven** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **BOND PAYMENTS** | | | | | |
| 11/17/2022 | $2.890 | 4.00 | $11.56 | $11.56 | Billable |
| Description: estate tax returns and clearance letters | | | | | |
| | **BOND PAYMENTS Total:** | | $11.56 | $11.56 | |
| **COPIES** | | | | | |
| 01/24/2023 | $0.200 | 387.00 | $77.40 | $77.40 | Billable |
| Description: quit counting | | | | | |
| | **COPIES Total:** | | $77.40 | $77.40 | |
| **Court Call for hearing** | | | | | |
| 09/29/2021 | $33.000 | 1.00 | $33.00 | $33.00 | Billable |
| Description: JES 2 hearing on sale of vehicle equity to debtor | | | | | |
| 04/27/2022 | $22.500 | 1.00 | $22.50 | $22.50 | Billable |
| Description: compromise/sale hearing | | | | | |
| 05/25/2022 | $22.500 | 1.00 | $22.50 | $22.50 | Billable |
| Description: continued hearing on compromise | | | | | |
| 06/01/2022 | $22.500 | 1.00 | $22.50 | $22.50 | Billable |
| Description: compromise approval cont'd hearing | | | | | |
| 07/27/2022 | $22.500 | 1.00 | $22.50 | $22.50 | Billable |
| Description: Sale hearing re car equity to debtor | | | | | |
| 09/14/2022 | $22.500 | 1.00 | $22.50 | $22.50 | Billable |
| Description: jacobsen sale | | | | | |
| | **Court Call for hearing Total:** | | $145.50 | $145.50 | |
| **Distribution(postage, letter, envelope)** | | | | | |
| 01/24/2023 | $1.000 | 9.00 | $9.00 | $9.00 | Billable |
| Description: | | | | | |
| | **Distribution(postage, letter, envelope) Total:** | | $9.00 | $9.00 | |
| **OTHER** | | | | | |
| 11/08/2022 | $53.090 | 1.00 | $53.09 | $53.09 | Billable |
| Description: fed ex Suarez checks back-overnight with signature required paid personally ck 9634 | | | | | |
| | **OTHER Total:** | | $53.09 | $53.09 | |
| | **Project Category Total:** | | $296.55 | $296.55 | |
| | **Matter Code Total:** | | $296.55 | $296.55 | |
| | **EXPENSE SUMMARY:** | | $296.55 | | |