DON J. POOL, SBN 166468
FENNEMORE DOWLING AARON
8080 N. Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
dpool@fennemorelaw.com

Attorneys for ABLP PROPERTIES VISALIA, LLC,
a Delaware limited liability company

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

****

| In re | Case No.: 21-11034-A-7 |
|---|---|
| ESPERANZA HANSEN GONZALEZ, | Chapter 7 |
| Debtor. | |

## **NOTICE OF WITHDRAWAL OF CLAIM**

**NOTICE IS HEREBY GIVEN THAT** in accordance with Federal Rule of Bankruptcy Procedure 3006, ABLP PROPERTIES VISALIA, LLC, a Delaware limited liability company ("Creditor"), creditor of the above-entitled debtor, ESPERANZA HANSEN GONZALEZ ("Debtor"), hereby withdraws Claim 7-1 filed October 19, 2021, in the above-entitled action, as the claim has been settled and compromised.

Dated: July 6, 2022                               FENNEMORE DOWLING AARON

                                                  By:  */s/ Don J. Pool*
                                                       Don J. Pool, Attorneys for
                                                       ABLP PROPERTIES VISALIA, LLC,
                                                       a Delaware limited liability company

26413038.2/055959.0001

**FENNEMORE DOWLING AARON**
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL OF CLAIM